# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| **THOMAS MURPHY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 1:26-cv-00075 |
| | * | |
| **CARDINAL GROUP COMPANIES d/b/a** | * | JURY DEMAND |
| **DOUGLAS HEIGHTS APARTMENTS,** | * | |
| **CARDINAL GROUP d/b/a DOUGLAS** | * | |
| **HEIGHTS APARTMENTS AND** | * | |
| **CARDINAL GROUP MANAGEMENT** | * | |
| **MIDWEST LLC d/b/a DOUGLAS** | * | |
| **HEIGHTS APARTMENTS,** | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF REMOVAL

Without waiving any available defenses, Defendant Cardinal Group Management Midwest LLC ("Cardinal Group Management") hereby files this Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of Tennessee at Chattanooga from the Circuit Court for Hamilton County, Tennessee, where the action is now pending, in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

1. Plaintiff Thomas Murphy commenced this action in the Circuit Court for Hamilton County, Tennessee, on February 3, 2026, and process was served on Cardinal Group Management on February 17, 2026. Therefore, this removal is timely.

2. This is a civil action for damages for various claims arising out of Plaintiff's residence at the Douglas Heights Apartments located at 930 Douglas Street in Chattanooga, Tennessee. [Compl. ¶¶ IV, IX].

3. The United States District Court for the Eastern District of Tennessee at Chattanooga has jurisdiction by reason of diversity of citizenship of the parties.

4. This suit is between citizens of different states. Upon information and belief, Plaintiff is a resident and citizen of Tennessee based on allegations made in his Complaint concerning his residency in Chattanooga, Tennessee. [Compl. ¶¶ IV-IX].

5. Defendant Cardinal Group Management Midwest LLC is a Delaware limited liability company with its principal place of business in Colorado. The members of Cardinal Group Management are citizens of California, Colorado, and Utah. Therefore, Cardinal Group Management is not a citizen of Tennessee.

6. Defendants "Cardinal Group Companies" and "Cardinal Group" are not existing business entities, should be dismissed from this action, and cannot be considered for purposes of diversity jurisdiction as they do not exist separate and apart from Cardinal Group Management Midwest LLC. Nevertheless, to the extent required, Defendants "Cardinal Group Companies" and "Cardinal Group" consent to the removal of this case to this Court.

7. The matter in dispute exceeds $75,000.00, exclusive of interest and costs, based on a fair reading of Plaintiff's Complaint in which Plaintiff "sues the Defendants for $70,000.00 compensatory damages and $140,000.00 punitive damages . . ." in addition to "treble damages and attorney fees" under the Tennessee Consumer Protection Act. [Compl. ¶ IX]. "When determining the jurisdictional amount in controversy in diversity cases, punitive damages must be considered unless it is apparent to a legal certainty that such cannot be recovered." *Heyman v. Lincoln Nat'l Life Ins. Co.*, 781 F. App'x 463, 471 (6th Cir. 2019) (quoting *Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 572 (6th Cir. 2001)). A fair reading of Plaintiff's Complaint puts the amount in controversy in this lawsuit up to at least $210,000.00. [Compl.].

8.      In addition, Plaintiff's mother, Michelle Murphy, filed a nearly identical lawsuit against the same Defendants involving common questions of law and fact in Hamilton County Circuit Court on February 3, 2026.[1] [Exhibit 2]. Ms. Murphy's lawsuit seeks an additional "$70,000.00 compensatory damages and $140,000.00 punitive damages . . ." plus "treble damages and attorney fees" under the Tennessee Consumer Protection Act. [Exhibit 2]. Taking this identical lawsuit into account, the amount in controversy totals at least $410,000.00.

9.      Consolidation of these cases is warranted because they "involve a common question of law or fact." *Fed. R. Civ. P.* 42. Consolidation would "alleviate the risk of inconsistent adjudications of common factual and legal issues; reduce the burden on parties and witnesses; save available judicial resources; shorten or not affect the length of time required to conclude the overall dispute between the parties; and reduce the relative expense to all concerned." *See, e.g.*, *Invisible Fence, Inc. v. Protect Animals with Satellites, LLC*, No. 3:23-CV-00403, 2024 U.S. Dist. LEXIS 225155, at *4-5 (W.D. Tenn. Dec. 12, 2024) (consolidating cases).

10.     A copy of all pleadings and orders served upon Cardinal Group Management is filed with this Notice and attached hereto as Exhibit 1.

11.     Cardinal Group Management will give written notice of the filing of this Notice as required by 28 U.S.C § 1446(d).

12.     A copy of this Notice will be filed with the Clerk of the Circuit Court for Hamilton County, Tennessee as required by 28 U.S.C § 1446(d).

WHEREFORE, Cardinal Group Management Midwest, LLC requests this action proceed in this Court as an action properly removed to it, and to consolidate the lawsuits filed by Thomas Murphy and his mother, Michelle Murphy.

---

[1] Cardinal Group Management contemporaneously removed the Plaintiff's mother's lawsuit to the United States District Court of the Eastern District of Tennessee at Chattanooga.

Dated this 19th day of March, 2026.

Respectfully submitted,

**CARR ALLISON**

BY:    /s/ Chancey R. Miller
         **CHANCEY R. MILLER, BPR #036124**
         **ROBERT J. ELDER, BPR #043071**
         *Attorneys for Defendants*
         633 Chestnut Street, Suite 2000
         Chattanooga, TN 37450
         (423) 648-9832 / (423) 648-9869 FAX
         cmiller@carrallison.com
         relder@carrallison.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been delivered to all counsel for parties in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope, or by hand delivering same to each such attorney as follows:

Ronald J. Berke, Esq.
Berke, Berke & Berke
420 Frazier Avenue
P.O. Box 4747
Chattanooga, TN 37405

This 19th day of March, 2026.

BY:    /s/ Chancey R. Miller
         **CHANCEY R. MILLER, BPR #036124**

4